**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-00933-CV
_____

### TRANSPORTES DE ZIMA REAL S.A. DE.C.V., Appellant

### V.

### GABRIEL LIZARRAGA, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-80547**

## O R D E R

Appellant's brief was due December 2, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **January 23, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM